**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **PARALLEL TOWERS III, LLC, and** ) | |
| **CELLECTIVE SOLUTIONS, LLC,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | Case No. 4:22-cv-00079 |
| **COUNTY OF ST. CHARLES, MISSOURI,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Parallel Towers III, LLC and Cellective Solutions, LLC, by and through undersigned counsel, and with the consent of all parties who have appeared, hereby give notice of dismissal of the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  In support thereof, Plaintiffs state as follows:

1. Plaintiffs seek dismissal of the above-captioned action.

2. Defendant consents to the dismissal of the above-captioned action and has signed the instant stipulation of dismissal.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits voluntary dismissal without court order following the filing of a stipulation of dismissal signed by all parties who have appeared.

4. All parties who have appeared have signed this stipulation.

WHEREFORE, for the foregoing reasons, Plaintiffs request the dismissal of the above-captioned action without prejudice.

Dated:  May 10, 2022

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:      /s/ *Sasha D. Riedisser*
        Eric D. Martin, MO Bar # 47558
        Sasha D. Riedisser, MO Bar #71141
        Emma Cormier, MO Bar # 72813
        Eric.martin@bclplaw.com
        Sasha.riedisser@bclplaw.com
        Emma.cormier@bclplaw.com
        One Metropolitan Square
        211 North Broadway, Suite 3600
        St. Louis, Missouri 63102-2750
        Telephone: (314) 259-2000
        Facsimile: (314) 259-2020

*Attorneys for Parallel Towers III, LLC and Cellective Solutions, LLC*

**OFFICE OF THE ST. CHARLES COUNTY COUNSELOR**

By:      /s/ *James C. "Jake" Thomeczek*
        Bryan Wise, #72543MO
        James C. "Jake" Thomeczek, #70385MO
        100 N. Third Street, Suite 216
        St. Charles, MO 63301
        Phone: (636) 949-7540
        Fax: (636) 949-7541
        bwise@sccmo.org
        jthomeczek@sccmo.org

*Attorneys for the Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of foregoing was filed electronically on May 10, 2022.

<u>/s/ *Sasha D. Riedisser*          </u>